AO-10
Rev. 1/2001

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App., §§101-111)

| 1. Person Reporting (Last name, first, middle initial)<br><br>BATCHELDER, ALICE M. | 2. Court or Organization<br><br>U.S. COURT OF APPEALS 6TH CIRCUIT | 3. Date of Report<br><br>5/14/2004 |
|---|---|---|
| 4. Title  (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE (active) | 5.  Report Type (check appropriate type)<br><br>___ Nomination,  Date ___<br><br>___ Initial  __X__ Annual  ___ Final | 6. Reporting Period<br><br>01/01/2003 to 12/31/2003 |
| 7. Chambers or Office Address | 8.  On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| NONE (No reportable positions.) | |
| 1  Const'l Law Drafting Committee | National Conference of Bar Examiners, Multi-State Bar Exam |
| 2  Trustee | Akron Law School Alumni Association |
| 3  Cleveland Chapter Board of Advisors | Federalist Society |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X  NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| NONE (No reportable non-investment income.) | | |
| 1  3/7 -3/8 | National Conference of Bar Examiners, Const'l Law Committee | $  3,000.00 |
| 2  9/25 - 9/28 | National Conference of Bar Examiners, Const'l Law Committee | $  3,000.00 |
| 3 | State of Ohio – Salary | 0.00 |
| 4 | | |
| 5 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BATCHELDER, ALICE M. | 5/14/04 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | [ ] NONE (No such reportable reimbursements.) | |
| 1 | Nat'l Conf. of Bar Examiners | Con. Law Committee – Iowa City IA (3/7 through 3/8) and Montreal, Canada (9/25 through 9/28) – reimbursement for transportation, hotel, meals |
| 2 | F.R.E.E. Seminar for Federal Judges Big Sky, MT | seminar attendee; reimbursement for travel, meals and lodging 9/9-9/14 |
| 3 | Ave Maria Law School, Ann Arbor, MI | Judge Moot Court competition (4/24-4/25) School paid $75 hotel bill directly |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | [X] NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | [ ] NONE (No reportable liabilities.) | | |
| 1 | Old Phoenix Nat'l Bank, Medina | Unsec. note - | L |
| 2 | Old Phoenix Nat'l Bank | Secured Note (secured by CD) | L |
| 3 | Old Phoenix Nat'l Bank | Mtge/Note on Property # 12 | K |
| 4 | Old Phoenix Nat'l Bank | Mtge/note on Property # 17 | K |
| 5 | ▮▮▮▮▮▮▮▮ | Unsecured Note | J |
| 6 | C. T. Bennett, Plymouth, N. C. | Mtge and Note on Property # 11 | K |
| 7 | Old Phoenix National Bank | Mtge on Property #19 | L |
| 8 | Farmers Savings Bank of Spencer, Ohio | Mtge/note on Property #1 (pd. off in Nov. '03) | L |
| 9 | Farmers Savings Bank of Spencer, Ohio | Mtge/note on Property # 20 | L |
| 10 | Old Phoenix National Bank | Mtge on Property #5 | K |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
●=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| ALICE M. BATCHELDER | 5/14/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of

spouse and dependent children. See pp. 34-57 of Instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, | | | | | | | | | |
| | BANK & BROKERAGE ACCTS | | | | | | | | | |
| 1 | Old Phoenix National Bank, Cert. of Deposit | B | Int | L | T | | | | | |
| 2 | A.G. Edwards & Sons, Medina IRA Account | A | Div | K | T | | | | | |
| 3 | IRA asset: U.S. Treas. bond, Strip. int., mat. 11-04 | | | | | None | | | | |
| 4 | IRA asset: Cap. World Growth & Income Fund | | | | | None | | | | |
| 5 | IRA asset: Growth Fund of America, Inc. | | | | | None | | | | |
| 6 | A.G. Edwards & Son, Medina, IRA | B | Div | K | T | | | | | |
| 7 | IRA asset: Centennial Money Market | | | | | None | | | | |
| 8 | RA asset: BRE Properties, Inc. Class A Stock | | | | | None | | | | |
| 9 | IRA asset: VelocityHSI Inc. NT (spin-off from BRE Properties, Inc. transfer FACS and status unknown) | | | | | | | | | |
| 10 | IRA asset: Bristol-Myers Squibb Co. Stock | | | | | None | | | | |
| 11 | IRA asset: Pfizer, Inc. Stock | | | | | None | | | | |
| 12 | IRA asset: Wal-Mart Stores, Inc. Stock | | | | | None | | | | |
| 13 | IRA asset: Zimmer Holdings, Inc. (acq'd by Bristol-Myers 9/2001) | | | | | | | | | |
| 14 | IRA asset: Washington Mutual Inv. Fund | | | | | Buy | 5-13 | C | | |
| 15 | A.G. Edwards & Son, Medina Sep IRA | B | Div | K | T | | | | | |
| 16 | IRA asset: Centennial Money Market | | | | | None | | | | |
| 17 | IRA asset: U.S. Treas. sec. str. int. mat. 2/08 | | | | | None | | | | |
| 18 | IRA asset: RPM, Inc. Stock | | | | | None | | | | |
| 19 | IRA asset: J.M. Smucker Co. class A Stock | | | | | None | | | | |
| 20 | IRA Asset: Washington Mutual Inv. Fund | | | | | Buy | 5-13 | A | | |
| 21 | IRA asset: FANNIE MAE | | | | | None | | | | |
| 22 | A.G. Edwards & Son, Medina Cash Management Acct | A | Div | J | T | | | | | |
| 23 | account asset: Dell Computer Group Stock | A | Div | J | T | None | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 24 account asset: Pfizer, Inc. Stock | A | Div | J | T | None | | | | |
| 25 account asset: General Electric Stock | A | Div | J | T | None | | | | |
| 26 account asset: MONY Group, Inc. | A | Div | J | T | None | | | | |
| REAL ESTATE | | | | | | | | | |
| 27 #1. duplex – Medina, Ohio | D | Rent | M | W | | | | | |
| 28 #2. 2-family (⅓ int) Medina, Ohio | B | Rent | K | W | | | | | |
| 29 #3. Single family (⅓ int.) Medina, Ohio | B | Rent | K | W | | | | | |
| 30 #4. 4 duplex units (½ int.) Medina, Ohio | D | Rent | M | W | | | | | |
| 31 #5. 2 duplex units (½ int.) Medina, Ohio | D | Rent | L | W | | | | | |
| 32 #6. 2-Family & 3-family houses (½ int.) Medina, Ohio | D | Rent | M | W | | | | | |
| 33 #7. Apartments (⅓ int.) Medina, Ohio | E | Rent | M | W | | | | | |
| 34 #8. 4 duplex units (½ int.) Medina, Ohio | D | Rent | M | W | | | | | |
| 35 #9. Farm (⅔ int.) Lodi, Ohio | D | Rent | N | T | | | | | |
| 36 #10. hog feeder operation (1/5 int.) Lodi, Ohio | | None | J | W | | | | | |
| 37 #11. Single Family Medina, Ohio | D | Rent | M | W | | | | | |
| 38 #12. Single family (½ int.) Medina, Ohio | C | Rent | K | W | | | | | |
| 39 #13. Commercial building (⅓ int.) Medina, Ohio | E | Rent | M | W | | | | | |
| 40 #14. duplex (½ int.) Medina, Ohio | D | Rent | L | W | | | | | |
| 41 #15. vacant lot (½ int.) Medina, Ohio | | None | K | W | | | | | |
| 42 #16. vacant land ▮▮▮ Medina, Ohio | | None | M | W | | | | | |
| 43 #17. single family Medina, Ohio | D | Rent | M | W | | | | | |
| 44 #18. single family (½ int.) Medina, Ohio | C | Rent | K | W | | | | | |
| 45 #19. Commercial building Medina, Ohio | D | Rent | M | W | | | | | |
| 46 #20. Commercial building with apartment Medina, Ohio | D | Rent | L | W | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 47 #21. Duplex (½ int.)<br>Medina, Ohio | D | Rent | K | W | | | | | |
| 48 #22. Single Family, Springfield, Ohio | B | Rent | L | W | Buy | 9-03 | L | | Rob't & Patricia Shope |
| MISCELLANEOUS | | | | | | | | | |
| 49 Floating Rate Demand Note<br>GE Interest Plus | A | Interest | K | T | | | | | |

| | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Continuation of Section VI. Liabilities

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 11 Farmers Savings Bank of Spencer, Ohio | Mtge/Note on Property #21 | K |
| 12 Cornerstone Bank of Springfield, Ohio | Mtge/Note on Property #22 | L |
| 13 Old Phoenix Nat'l Bank | 60-day unsecured note (9/17 - 11/17) | L |

RE: VII. Included in the values of several of the real estate assets is the value of the individual bank checking account for the respective property. The amount in each of those accounts is nominal as these accounts are used solely to collect the rents and to pay the bills on the properties.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____          Date  14 May 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544